# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:** Scott Michael Metro  
Jana Marie Metro  

              **Debtor(s)**

**BK NO. 20-01471 RNO**

**Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2020-PM3 and index same on the master mailing list.

                                        Respectfully submitted,

                                          **/s/ James C. Warmbrodt, Esquire**  
                                          James C. Warmbrodt, Esquire  
                                          KML Law Group, P.C.  
                                          BNY Mellon Independence Center  
                                          701 Market Street, Suite 5000  
                                          Philadelphia, PA  19106  
                                          215-627-1322