```
                      United States Bankruptcy Court
                       Middle District of Pennsylvania
```

```
In re:                                              Case No. 20-01471-RNO
Scott Michael Metro                                 Chapter 7
Jana Marie Metro
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: admin          Page 1 of 1          Date Rcvd: Aug 28, 2020
                            Form ID: fnldecac     Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2020.
db/jdb          +Scott Michael Metro,   Jana Marie Metro,   65 Penn Strt,   Lehighton, PA 18235-9016
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   U.S. Bank Trust National Association, as Trustee for
           Towd Point Master Funding Trust 2020-PM3 bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William G Schwab (Trustee)    schwab@uslawcenter.com,
           wschwab@iq7technology.com;ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com
                                                                 TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Scott Michael Metro,                                          Chapter         7

        **Debtor 1**

                                         Case No.         5:20−bk−01471−RNO

Jana Marie Metro,

        **Debtor 2**


Social Security No.:

                  xxx−xx−3740          xxx−xx−0776

Employer's Tax I.D. No.:


# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

### William G Schwab (Trustee)


is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.


Dated:  August 27, 2020

BY THE COURT

By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk


**fnldecac** (05/18)